IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 7-ELEVEN, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 3:08-CV-140-B |
| VS. | § | |
| | § | |
| | § | |
| PUERTO RICO-7, INC., THE MATTERA | § | |
| RESERVE, INC., and JOHN MATTERA, | § | |
| | § | |
| Defendants. | § | |

### MOTION TO DISMISS THE COUNTERCLAIM

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, the plaintiff/counterclaim defendant 7-Eleven, Inc. moves to dismiss the counterclaim for failure to plead fraud with sufficient particularity.

A proposed Order is attached.

Respectfully submitted,

/s/ James C. Rubinger
James C. Rubinger
(Admitted pro hac vice)
PLAVE KOCH PLC
12355 Sunrise Valley Drive
Suite 230
Reston, VA 20191
Telephone: (703) 774-1208
Fax: (703) 774-1201
Email: jrubinger@plavekoch.com

-and-

Kyle W. Johnson
DAVID, GOODMAN & MADOLE,
  A Professional Corporation
Two Lincoln Centre
5420 LBJ Freeway
Suite 1200
Dallas, TX   75240
Telephone:  (972) 991-0889
Fax:  (972) 404-0516
Email:  kjohnson@dgmlegal.com

Attorneys for Plaintiff
7-Eleven, Inc.

May 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| 7-ELEVEN, INC., § <br> § <br> Plaintiff, § <br> § CASE NO. 3:08-CV-140-B <br> VS. § <br> § <br> § <br> PUERTO RICO-7, INC., THE MATTERA § <br> RESERVE, INC., and JOHN MATTERA, § <br> § <br> Defendants. § | |

## ORDER

This matter came before me on the motion of the counterclaim defendant 7-ELEVEN, INC. to dismiss the counterclaim for failure to plead fraud with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.  Having considered the motion, the opposition thereto, and the reply in support thereof, the Court determines that the motion is GRANTED.  Accordingly,

IT IS HEREBY ORDERED that the counterclaim in this action is dismissed.

Entered this ___ day of May 2008 at Dallas, Texas.

_____
Jane Boyle
United States District Judge

3