IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 7-ELEVEN, INC. | § | |
| | § | |
| V. | § | C.A. NO. 3:08-cv-00140 |
| | § | |
| PUERTO RICO-7, INC., ET AL | § | |

**COUNTER-PLAINTIFFS' RESPONSE TO MOTION TO DISMISS COUNTERCLAIM**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Puerto Rico-7, Inc., and The Mattera Reserve, Inc., and for their Response to Motion to Dismiss the Counterclaim (Doc. 25) respectfully show as follows:

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Counter-Plaintiffs have, concurrently with this response, filed an unopposed Motion for Leave to File First Amended Counterclaim, which makes Plaintiff's Motion to Dismiss the Counterclaim based on Rules 9(b) and 12(b)(6) moot as a matter of law.

WHEREFORE, Counter-Plaintiffs request Counter-Defendant's Motion to Dismiss the Counterclaim be denied as moot, and for all such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

*/s/ James M. Lober*

_____
James M. Lober
Texas Bar No. 12455400
401 Louisiana Street, 8th Floor
Houston, TX 77002
Telephone:      713-653-5600
Facsimile:         713-653-5656
Email:              jlober@spaglaw.com

**OF COUNSEL:**

SPAGNOLETTI & CO.

ROBERT G. HOGUE, P.C.
Robert G. Hogue
Texas Bar No. 09811050
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, TX 75205-4193
Telephone:	214 559 7107
Facsimile:	214 559 7101
Email:		robhogue@msn.com

*Attorneys for Counter-Claimants*
*Puerto Rico-7, Inc. and The Mattera Reserve, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via Email, Facsimile, Certified Mail/RRR or U.S. First Class Mail, in accordance with the Federal Rules of Civil Procedure on this 18th day of June, 2008.

                              */s/ James M. Lober*
                              _____
                              James M. Lober