IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 7-ELEVEN, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO.  3:08-CV-140-B |
| VS. | § | |
| | § | |
| | § | |
| PUERTO RICO-7, INC., THE MATTERA | § | |
| RESERVE, INC., and JOHN MATTERA, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO DISMISS THE AMENDED COUNTERCLAIM**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, the plaintiff/counterclaim defendant 7-Eleven, Inc. moves to dismiss the amended counterclaim for failure to plead fraud with sufficient particularity.

Respectfully submitted,

_____/s/_____
James C. Rubinger
(Admitted pro hac vice)
PLAVE KOCH PLC
12355 Sunrise Valley Drive
Suite 230
Reston, VA 20191
Telephone:  (703) 774-1208
Fax:  (703) 774-1201
Email:  jrubinger@plavekoch.com

-and-

        Kyle W. Johnson
        DAVID, GOODMAN & MADOLE,
          A Professional Corporation
        Two Lincoln Centre
        5420 LBJ Freeway
        Suite 1200
        Dallas, TX   75240
        Telephone:  (972) 991-0889
        Fax:  (972) 404-0516
        Email:  kjohnson@dgmlegal.com

        Attorneys for Plaintiff
        7-Eleven, Inc.

July 21, 2008